

U.S. Department of Justice

*Nathaniel R. Mendell*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

United States Courthouse
300 State Street, Suite 230
Springfield, Massachusetts  01105-2926

September 9, 2021

**BY FEDEX (with enclosure)**
**BY ECF (without enclosure)**

Jared Olanoff, Esq.
73 Chestnut Street,
Springfield, MA 01103
Counsel for Demario Sorrells

    Re:   *United States v. Antonio Strong, et al.*
           Case No. 20-CR-30033-MGM

Dear Counsel:

    In furtherance of the Government's prior discovery letters, please find enclosed your 4TB hard drive with the following materials, labeled Grand Jury_000001 – Grand Jury_026392, along with a production log:

    1.    Grand Jury Responses (Grand Jury_000001 – Grand Jury_025091; Grand Jury_026389).
    2.    Grand Jury Exhibits (Grand Jury_025092 – Grand Jury_025907).
    3.    Grand Jury Transcripts (Grand Jury_025908 – Grand Jury_026388)
    4.    Grand Jury Returns (Grand Jury_026390 – Grand Jury_026392).

    If you have any questions or concerns, please feel free to contact me directly at (413) 785-0330.

                    Very truly yours,

                    NATHANIEL R. MENDELL
                    Acting United States Attorney

          By:    /s/ *Steven H. Breslow*
                    Steven H. Breslow
                    Assistant U.S. Attorney

Enclosure