To The Honorable Mark G. Mastroianni,

I am writing to offer a character witness for Herbert Randall Wright, whom I have had the privilege of working with through a collaboration between lululemon and his non-profit organization, Swervin Through Stress. My name is Tamika Ponce, and I serve as the manager for sports marketing across North America for lululemon.

In November 2022, we joined forces with Herbert's organization as part of a collaboration with the Chicago Bulls. Together, we embarked on a mission to provide yoga and mindfulness experiences to 30 male high school students from the south side of Chicago. What became immediately apparent during our collaboration was Herbert's unwavering passion for helping the youth in his community and his dedication to providing vital resources to those in need.

Herbert took a hands-on approach in our programming, making it a priority to be present in the practice with the children. He served as a role model, leading by example, and actively participating in the yoga classes alongside the students. But Herbert's commitment went even further. He generously offered to be part of a panel discussion featuring a mental health therapist, a lululemon ambassador, and a former Chicago Bear's player. This panel served as a valuable resource, providing guidance on how to address stress and anxiety while highlighting healthy outlets for expression.

Through this collaboration, each attendee left with not only newfound knowledge but also tangible resources, including yoga mats, new products, and a one-year free subscription to a meditation app. It was abundantly clear that Herbert's positive impact extended far beyond Chicago's borders, touching the lives of youth both locally and globally.

Throughout my career, I have had the honor of partnering with many influential individuals, but I have never encountered someone who can connect and relate to youth the way Herbert does. His ability to inspire and empower young minds is truly remarkable. I am confident that, thanks to this collaboration, the children left better equipped to navigate life's challenges and with the resources to support healthier lifestyles.

In conclusion, I wholeheartedly endorse Herbert Randall Wright as an exceptional advocate for youth empowerment and mental well-being. His dedication, compassion, and ability to effect positive change make him an invaluable asset to any community or organization fortunate enough to work with him.

Sincerely,

Tamika Ponce
Owner | The BOYS Club Agency
Management for femdot.
theboysclubagency.com