# DION DAWSON

 Dion@dionschicagodream.com      @dionschicagodream      www.diondawson.com

Hon. Judge Mastroianni,

I'm writing to spread awareness and express support for Herbert Wright, also known as G Herbo.

My name is Dion Dawson and I am the Founder and Chief Dreamer of Dion's Chicago Dream, a Chicago-based nonprofit fighting food insecurity through logistics and last mile delivery. I am a Chicago-native who is uniquely positioned to use my lived experience to drive change locally and nationally.

il was introduced to Herbert through the Chicago Bulls. That day he surprised me and presented me with the Martin Luther King Leadership Award. From that forward, he has been an amazing colleague, supporter and champion for our cause.

He is not an amazing person because of his checkboo. He is an amazing leader because of his ability to always wanted to be better. He has spent time with me and my organization trying to figure out how we can get to the root causes of food insecurity. He has responded to last night messages when I've needed assistance with ideas and execution. He has done the work.

The man in front of you has had some tough times and made some mistakes but is vital to our community. He is a better version of himself that is continuing to be better. I accept the challenge of being apart of those who help him reach his potential.

**Best Regards**

Dion Dawson

*Dion Dawson*

DREAM WITH YOUR EYES CLOSED