

January 3, 2024

Honorable Judge Mark G. Mastroianni

Re: Character Reference for Herbert Wright

Dear Judge Mastroianni,

I am writing this letter to offer my strong support and character reference for Herbert Wright. I have had the privilege of knowing Herb for the past decade, observing his growth from a young teenager to a responsible young adult who now has a family of his own.

In my capacity as a member of the Chicago Police Board for the past 13 years, with the last 5 serving as the Board President, I have had firsthand experience dealing with the various challenges that individuals in our city face. I understand the complexities and impacts that life in Chicago can have on its residents.

Throughout the years, I have witnessed Herb's journey, and like any young person, he has encountered his share of challenges and made mistakes. However, it is essential to consider the transformative potential he holds, especially in influencing the lives of other young people in our city and beyond.

Having seen the positive changes and personal growth in Herb, I believe that he has the capacity to become a positive force for change. His experiences, both successes, and setbacks, uniquely position him to connect with and inspire other young individuals who may be facing similar challenges.

I am not seeking to dismiss or excuse any mistakes that Herb may have made. Instead, I urge you to consider the broader picture of his character and the potential for him to make a meaningful impact through the lessons he has learned.

Granting Herb grace and an opportunity for rehabilitation can contribute not only to his personal growth but also to the betterment of our community. I firmly believe in his potential to be a positive influence and a source of inspiration for others.

Thank you for your time and consideration.

Sincerely,

Ghian Foreman
President & CEO



✉ ghian.foreman@emeraldsouth.org
🌐 emeraldsouth.org