Re: Herbert Wright

The Honorable Judge Mastroianni,

I hope this letter finds you well. My name is Taina Williams and I write to you today with a profound sense of humility and respect. I am writing not only as the fiancée of Herbert Wright, but also as the mother of his two young children, a one-year-old girl named Emmy and a two-year-old boy named Essex.

Since 2018, Herbert and I have built a life filled with love, commitment, and a strong bond. Our journey has not been without its challenges, but our love for each other and for our family has been unwavering, sealed with deep respect, understanding, and mutual support.

Allow me to share some specifics about Herbert that I hope will offer you a more well-rounded portrayal of his character. He is an exceptional father and partner. Herbert showers Emmy and Essex with love and affection, never missing a chance to teach them important life lessons, a testament to his dedication and commitment to their development. His love for his kids is beyond measure, and he stands as their role model and guide.

As his partner, I can honestly vouch for his kindness, sincerity, and dedication to our family unit. We have grown strong together, weathering life's storms with a united front. He is a great life partner, a patient listener, a loyal friend, and a good provider.

I understand the serious nature of the charges against Herbert, and I want to assure you that Herbert deeply regrets any of his actions that may have contributed to this situation. He is genuinely remorseful and is committed to learning and growing from this experience.

With his sentencing fast approaching, I kindly appeal to your compassionate nature, asking you to take into consideration his sincere remorse and the positive contributions he has made and continues to make to our family. We have much faith in your wisdom and judicial experience, and I respectfully request that mercy is shown to Herbert during his sentencing.

He is not only a crucial part of our family unit, but he continues to strive to be a better man, taking responsibility for his past actions and aiming to make amends. We strongly believe that Herbert, given the chance, will also make positive contributions to society, while showing our children that people can learn, grow, and change.

Thank you very much for your time and consideration. I trust that you will take these factors into account during Herbert's sentencing.

Best regards,


Taina Williams