To the honorable Judge Mastroianni my name is Shonsai Cheri Clay, and I am the proud mother of Herbert Randal Wright lll. I'm writing you this letter to give you feedback on the man that I raised, along with his father Herbert C. Wright ll, and my mother Tony Clay. Herbert, my pride and joy, is my only son. And he has a long lasting effect on everyone whom he comes in contact with for his brightness, optimism and intelligence, despite what he's been through. Growing up in the inner city of Chicago, his father and I made it our mission to protect our son from the cruel, grief stricken streets of Chicago, and in doing so, my son attended after school programs during the school year. As he grew older, we started to let him visit his uncle's house in Iowa with his older cousins. This was around the time that Herbert discovered he had not only a talent, but a passion for music in the form of rapping. His style and versatility was so different from other artists at the time, it ended up catapulting him into a full blown rap career at a tender and early age of seventeen. Unfortunately with fame and fortune, comes a predatory industry, a haunting past and a diagnosis of (P.T.S.D). A condition he was diagnosed with after surviving an incident of senseless gun violence, also in which he encouraged himself and others to speak up about through his music. He also fought against the very thing he was subject to by creating his own outreach charity program called 'swerving through stress', donating to schools and even publicly speaking with other charities about multiple other mental health issues. He always focused on coping with trauma, staying safe and being an asset to society. In conclusion, I beg of you to be lenient of my son's future. Herbert is a Wonderful and active father to his three children, and a wonderful fiance to a wonderful woman. He also had a plethora of nieces and nephews which he financially supports, since his best friend/brother was murdered in cold blood. He is loved and respected not only by family, but by his fans, standing strong by the millions. Once again I pray for leniency, and a second chance for my son to learn from his mistakes, and for his children to have a fighting chance with their father in their life, so they can grow up with a valuable and efficient life. Sincerely, Shonsai Clay