Subject: Herbert Wright III

To Whom it May Concern,

I am writing this letter in support of Herbert Randall Wright III, whom I have known for all of his life. I understand that he is currently facing charges and I believe it is my duty to provide insight into his character.

I am Herbie's cousin however he affectionately refers to me as his aunt. Over the years, I have watched him grow into a man of kindness and resilience despite his circumstances. He has faced numerous challenges, particularly growing up on the southside of Chicago, where he witnessed and experienced the harsh realities of violence. These experiences have left him with Post Traumatic Stress Disorder (PTSD).

Despite the adversities Herbie has encountered, he has always displayed a strong determination to rise above his circumstances. His commitment to personal growth and improvement is commendable, and he has actively sought opportunities to break free from the cycle of violence and poverty.

I must however address the Rap persona GHerbo, which may project a tough exterior. This persona is a defense mechanism developed in response to his environment and should not be mistaken for his true character. He is a kind, caring individual who genuinely cares about his family, community, and the people around him.

While I do not condone Herbie's actions related to this case, I firmly believe that he is capable of learning from his mistakes and becoming a contributing member of society. He acknowledges his errors and is committed to taking the necessary steps to rectify his situation.

I kindly ask the court to consider Herbert Randall Wright's potential for rehabilitation and the positive impact he could have on his family and community with the right support and guidance. I am confident that, given the opportunity, he will demonstrate remorse and a sincere commitment to making amends.

Thank you for your time and consideration.

Sincerely,

Michelle Davis-Logan
9040 South East End Avenue
Chicago, Il 60617
773-750-5373