To the honorable Judge Mastroianni, I Nikia Clay Montgomery, am writing this letter freely and with truth on the behalf of my nephew Herbert Wright lll. Whom I have known and helped nurture his entire life, along with other loving and supportive family members. 'Herbie', as he is affectionately known by our family, has a very generous and kind heart. He has never hesitated to share, provide and lend a helping hand, And has always just been there for all of his friends and family. He did his best to provide even before his success in the music industry. Herbert Is a wonderful father that is involved in all three of his children's lives. Herbert is a great role model to all of his cousins, close and distant. Not to mention my grand -babies, which all four of my boys look up to. My family and I feel strongly about his future, and know that he is a positive pillar of this generation. Despite his mistakes, Herbert is truly a person of good moral character. I realize this could be hard to believe given the circumstances, but it is true nonetheless. A part of life is learning from what you do, and having the chance to learn and redeem as well. I have seen him go through ups and downs, and has always prevailed. I am truly convinced not only as his aunt, but as a mother and grandmother that he is a decent person to the core. We just need more people to believe in him as much as we do. Our entire family is dedicated to supporting Herbert's growth, as an outstanding man, father and role model. Thank you for your consideration. Sincerely, Nikia Clay Montgomery