Dear Judge Mastroianni, my name is Nyla Wright. As difficult as it is to both write and grapple having to write this letter, I am writing it on behalf of my big brother, Herbert R. Wright, in order to shed light on a flip side of his character. Not to dismiss the wrong-doings of his actions, but to offer a different perspective on a young man and a person, who has made mistakes like everyone else has. It is common for young children to be influenced by what surrounds them. Especially when you come from nothing short of poverty. But he found his outlet in the form of music and being an artist. After being shot, a few months after his birthday, he was discovered by two very powerful figure heads within the music industry, who took on the role as his mentors/managers. Although his music is subjective and not for everyone, HIS form of self expression has allowed him to take care of his family, well before he created his own. It allowed me, my mother and my father to move out of the very neighborhood where all of us have experienced so much strife. It has allowed me to attend some of the most academically gifted and diverse schools in the Illinois suburbs, where I excelled and was offered many opportunities that have changed my life as a twenty-two year old woman. It has allowed him to give back to his community through charities, school work and helping families. It allowed him to pioneer a new genre of music that presented a surge of new artists from the city of Chicago, both young and old, giving them a chance to live something different. But it also came too fast. He had a false sense of confidence, which in my opinion, had him putting his trust into the wrong people, and taking the wrong advice. All while not being able to see that he could have come to the people who love him the most, and spiriled because of it. One of the last conversations I've had before these charges were even brought upon him, he told me he fired the very same mentors/managers who Kickstarted his career for theft of funds. We talked briefly, but he was never the type that wanted me to worry about those types of things about him, rather than make up for lost time since he started his career. He was a child, who became a star, who's past caught up with him. And it has now landed him in a position where he now has to learn from his mistakes the hard way. Yet I feel he is still deserving of a second chance. He is a doting father to 3 young children, and a loving fiance.  And has served as an inspiration to millions of his fans. He is a man that understands what needs to be done, and his plea is a testament to that. In closing, I deeply hope and pray that you show leniency on the man that means so much to so many people because of what he has contributed to others.

Thank you for taking your time to read this letter as well, your honorable Judge.
Sincerely, Nyla Wright