UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>v.<br><br>HERBERT WRIGHT III<br>　　　　　Defendant. | )<br>)<br>)<br>) CASE NO. 3:20-CR-30033-MGM<br>)<br>)<br>) |

## SATISFACTION OF RESTITUTION AND/OR FINE AND FORFEITURE MONEY JUDGMENT

Now comes the United States of America and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Herbert Wright III, by payment in full. The United States also acknowledges satisfaction of the Order of Forfeiture or Forfeiture Money Judgment, by payment in full.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　JOSHUA S. LEVY
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　By:　　/s/ Carol E. Head
　　　　　　　　　　　　　　　　　　CAROL E. HEAD
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　One Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 748-3100
　　　　　　　　　　　　　　　　　　carol.head@usdoj.gov

Date: March 25, 2024