UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>(1)   ANTONIO STRONG, also known as )<br>"T-Glo," "Tony Glo," "Tonio," "Antonio )<br>Strom," "Michael Starkman," "Richard )<br>O'Malley," "Michael Lee," "Mark Daniels," )<br>"Sergio Parker," "Michael Leary," "Charles )<br>Gaut," "Darren Geiger," "Stan Smith," and )<br>"Tyson Kocher," )<br>)<br>(2)   HERBERT WRIGHT III, also known )<br>as "Herb," "Lil Herb," "G Herbo," and )<br>"Herbert Light," )<br>)<br>(3)   JOSEPH WILLIAMS, also known as )<br>"Joe Rodeo," Rockstar Rodie," and "Rodie," )<br>)<br>(4)   STEVEN HAYES, JR.,    )<br>)<br>(5)   DEMARIO SORRELLS, also known )<br>as "Jonte" and "Johntay," and )<br>)<br>(6)   TERRENCE BENDER, also known as )<br>"Blends" and "Dopeblends," )<br>)<br>DEFENDANTS.   ) | Crim. No. 20-30033-MGM |

## JOINT MOTION FOR SPEEDY TRIAL ACT ORDER

The United States of America, by Joshua Levy, Acting United States Attorney for the District of Massachusetts and Assistant United States Attorney Steven H. Breslow and Trial Attorneys Kyle Crawford and Andrew Tyler of the U.S. Department of Justice in the Criminal Division, Fraud Section (the "Government"), Terrence Bender ("Bender"), by his counsel Bernard T. O'Connor, Jr., and Steven Hayes, Jr. ("Hayes"), by his counsel William J. O'Neil respectfully requests that the Court enter an order of excludable delay for the period of October 21, 2024 to

February 10, 2025.  As grounds for this motion, the parties state:

1. On March 28, 2024, the Court entered an order excluding time under the Speedy Trial Act for Defendant Hayes from June 17, 2024 until October 21, 2024.  (D. 307).

2. On April 11, 2024, the Court entered an order excluding time under the Speedy Trial Act for Defendant Bender from April 8, 2024 until October 21, 2024.  (D. 314).

3. On July 19, 2024, Defendant Hayes requested that trial be continued from October 21, 2024 to a date in February 2025 or thereafter.  In support of this request, Counsel for Defendant Hayes stated that he was recently appointed to represent Defendant Hayes and needed additional time to review the discovery, to consult with the defendant regarding these discovery materials, to determine whether he will file any dispositive pre-trial motions, to formulate the defendant's trial strategy and prepare for trial.  (D. 348).  Defendant Bender joined in this request.  (D. 349).

4. On July 24, 2024, the Court continued trial for Defendant Bender and Hayes from October 21, 2024 until February 10, 2025.  (D. 350).

5. As of February 10, 2025, zero days will have elapsed on the Speedy Trial Clock for any defendant.  (D.106, 111, 121, 149, 160-61, 173, 289, 307, 312, 313, 314, 316, 321).

6. A proposed Speedy Trial Act order is attached hereto.

    Respectfully submitted,

    JOSHUA S. LEVY
    Acting United States Attorney

By:    */s/ Steven H. Breslow*
    STEVEN H. BRESLOW
    (NY2915247)
    Assistant U.S. Attorney
    300 State Street, Suite 230

Springfield, MA 01105
413-785-0330
steve.breslow@usdoj.gov

ANDREW R. TYLER
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 616-2634
andrew.tyler@usdoj.gov

KYLE CRAWFORD
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 514-2040
kyle.crawford @usdoj.gov

TERRENCE BENDER
Defendant

*/s/ Bernard T. O'Connor, Jr.*
Bernard T. O'Connor, Jr.
Counsel for Terrence Bender

STEVEN HAYES, JR.
Defendant

*/s/ William J. O'Neil*            .
William J. O'Neil
Counsel for Steven Hayes, Jr.

Dated:   August 15, 2024

## Certificate of Service

I hereby certify that this document was filed by ECF to the registered participants as identified on the Notice of Electronic Filing.

By: /s/ Kyle Crawford
KYLE CRAWFORD
Trial Attorney