UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | Crim. No. 3:20-CR-30033-MGM-2 |
| | ) | Crim. No. 3:20-CR-30031-MGM-1 |
| v. | ) | |
| | ) | |
| HERBERT WRIGHT III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>HERBERT WRIGHT III'S MOTION TO ALLOW TRAVEL</u>

Defendant Herbert Wright, III ("Wright") respectfully submits this motion to allow travel. For the reasons set forth in this motion, Wright respectfully requests that this Court allow his international travel to Punta Cana, Dominican Republic on April 4, 2026, 2026 through April 12, 2026, for a family vacation to celebrate his fiancé's birthday.

If permitted by this Honorable Court, Wright would travel to Punta Cana, Dominican Republic on Sunday, April 4, 2026 and return to the United States on April 12, 2026. During his time in the Dominican Republic, Wright and his fiancé will be staying at the Marriott - Sanctuary Cap Cana, located at Boulevard Zona Hotelera, Playa Juanillo, Punta Cana, Cap Cana, Dominican Republic, 23302. A copy of Wright's scheduled flight itinerary and hotel reservations are attached hereto as <u>Exhibit A</u>. If necessary, Wright can be contacted by cell phone or email at any time if probation wishes to speak with him.

United States Probation Officers Laura LaValley (MA) and Suliman Razai (CA) have been contacted and provided with all documents pertaining to Wright's travel. Officer Razai has informed Wright's counsel that because Wright was found to be in violation of probation by this Honorable Court's March 19, 2026 Order, Probation does not approve of Wrights requested travel.

1

Assistant United States Attorney Steve Breslow has been contacted and provided with all documents pertaining to Wright's travel. AUSA Breslow informed Wright's counsel that he deferred to the decision of Probation.

WHEREFORE, Defendant Herbert Wright III respectfully requests that this Honorable Court allow his travel to Punta Cana, Dominican Republic from April 4, 2026 through April 12, 2026 for personal travel.

**HERBERT WRIGHT, III,**

By his attorneys,

*/s/ Sarah L. Doelger*
Jeffrey J. Pyle, BBO# 647438
jpyle@princelobel.com
Sarah L. Doelger, BBO# 712677
sdoelger@princelobel.com
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
T:  617-456-8000
F:  617-456-8100

DATED: March 26, 2026

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the CM/ECF system on March 26, 2026 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ Sarah L. Doelger
Sarah L. Doelger

# EXHIBIT A

## 04 APR 2026 ▸ 12 APR 2026 TRIP TO LOS ANGELES, CA

PREPARED FOR
**WRIGHT/HERBERT**
**WILLIAMS/TAINA**



**FIRST IN SERVICE**
9696 Culver Blvd. Suite 208. Culver City,
CA 90232
2123986555
travel@f1s.com

RESERVATION CODE   NYWNQM
AIRLINE RESERVATION CODE    SVCVHG (B6)

**Travel Arranger Priority Comments**
PLEASE ACCESS THIS LINK TO REVIEW OUR DISCLAIMER
WWW.FIRSTINSERVICE.COM/DISCUS/

---

✈ DEPARTURE: **SATURDAY 04 APR** Please verify flight times prior to departure

| JETBLUE AIRWAYS **B6 0563** | TPA ▸ PUJ | | Aircraft: AIRBUS INDUSTRIE A320 JET |
|---|---|---|---|
| Duration: 2hr(s) 42min(s) | TAMPA, FL | PUNTA CANA, DOMINICAN REP | |
| Cabin: Economy | Departing At: **12:13pm** | Arriving At: **2:55pm** | Distance (in Miles): 1107 Est. emission: 147.96 kg CO2 |
| Status: Confirmed | Terminal: Not Available | Terminal: TERMINAL A | |

| Passenger Name: | Seats: |
|---|---|
| » WRIGHT/HERBERT | 03F |
| » WILLIAMS/TAINA | 03E |

🛏 **CHECK IN: SATURDAY 04 APR** ▸ CHECK OUT: **SUNDAY 12 APR** ▸ 8 NIGHT(S)

| | | |
|---|---|---|
| SANCTUARY CAP CANA ADULT ONLY (MARRIOTT ALL IN)<br><br>**Phone**<br>1-833-2975292<br><br>**Fax**    1-806-5629191<br><br>Calle Pescador Blvd Zona Cap Cana - Punta Cana La Altagracia DO 23302<br><br>Confirmation:<br>41887SF226486<br><br>Status:<br>Confirmed | Room(s): 1    Guest(s): 1<br><br>Rate:<br>VARIED**<br><br>Approximate Total With Taxes & Fees:<br>13372.00 USD<br><br>Room Type: AMEX THC<br><br>Room Details: CASTLE HONEYMOON SUITE PRIVATE POOL CASTLE SECTION THIRD FLOOR 1087 SQ FT SUITE WITH KING BED FULL BATHROOM WITH SHOWER JETTED TUB VANITY SINKS LIVING ROOM TERRACE WITH PLUNGE POOL ACCESS VIP BUTLER SERVICE AMEX THC AMEX THC | Cancellation Information:<br>Cancel 7 day(s) prior to arrival to avoid a penalty (07D) (CXL 7DAYS PRIOR TO ARRIVAL-)<br><br>Guarantee:<br>Room is guaranteed |

**\*\*RATES AND EFFECTIVE DATES (USD)**

| | |
|---|---|
| 1659.00 | EFFECTIVE 04APR - 10APR |
| 1749.00 | EFFECTIVE 10APR - 11APR |
| 1669.00 | EFFECTIVE 11APR - 12APR |

Deposit Schedule:

Additional Details:

- INCLUDES TAXES AND SURCHARGES
- PREPAY TYPES -AX MC VI -13372.00 USD DUE 28MAR26 NON
- REFUNDABLE
- CXL 7DAYS PRIOR TO ARRIVAL-CXL FEE FULL STAY-INCL TAX-FEES
- THE RESERVATION SHOULD BE CANCELLED 7 DAY IN ADVANCE TO AVOID
- 100 OF FULL STAY PENALTY CHARGE.

✈ DEPARTURE: **SUNDAY 12 APR** Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| JETBLUE AIRWAYS<br>**B6 0174**<br><br>Duration:<br>2hr(s) 40min(s)<br><br>Cabin:<br>Economy<br><br>Status:<br>Confirmed | PUJ<br>PUNTA CANA, DOMINICAN REP<br><br>Departing At:<br>2:35pm<br><br>Terminal:<br>TERMINAL A | FLL<br>▸ FT LAUDERDALE, FL<br><br>Arriving At:<br>5:15pm<br><br>Terminal:<br>TERMINAL 4 | Aircraft:<br>AIRBUS INDUSTRIE A320 JET<br><br>Distance (in Miles): 913<br>Est. emission:<br>128.37 kg CO2 |

| Passenger Name: | Seats: |
|---|---|
| » WRIGHT/HERBERT | 03F |
| » WILLIAMS/TAINA | 03E |

 DEPARTURE: **SUNDAY 12 APR** Please verify flight times prior to departure

| JETBLUE AIRWAYS **B6 2501** | FLL FT LAUDERDALE, FL | ▶ LAX LOS ANGELES, CA | Aircraft: AIRBUS INDUSTRIE A321 JET |
|---|---|---|---|
| Duration: 5hr(s) 44min(s) | Departing At: 7:25pm | Arriving At: 10:09pm | Distance (in Miles):      2342 Meals: Meals |
| Cabin: Business | Terminal: TERMINAL 3 | Terminal: TERMINAL 1 | Est. emission: 463.44 kg CO2 |
| Status: Confirmed | | | |

| Passenger Name: | Seats: |
|---|---|
| » WRIGHT/HERBERT | 08A |
| » WILLIAMS/TAINA | 08F |

**FIRST IN SERVICE**
9696 Culver Blvd. Suite 208. Culver City, CA 90232
2123986555
travel@f1s.com